

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Cruz*, 20 Cr. 196 (JMF)

Dear Judge Furman:

    The Government submits this letter jointly on behalf of the parties in response to the Court's May 15, 2020 Order directing the parties to indicate their views as to whether the upcoming conference in the above-captioned case is necessary or if it should be adjourned. Defense counsel has indicated that his client is prepared to enter a plea of guilty. The parties, therefore, do not believe that a further status conference will be required. The parties request that an in-person plea be scheduled at the earliest practicable time, in light of the ongoing COVID-19 pandemic. Accordingly, the parties request that the Court set a control date for the plea in mid-July.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

CC:    Mark Gombiner, Counsel for Ruvioldy Cruz
        Federal Defenders of New York

Application GRANTED. Unless and until the Court orders otherwise, the parties shall appear for a change-of-plea hearing on July 22, 2020, at 3:30 p.m. The Court excludes time under the Speedy Trial Act between today and July 22, 2020, finding that the interests in excluding that time outweigh the interests of the Defendant and the public in a speedy trial given the need for the Defendant to confer with counsel with respect to whether and how to change his plea in view of the COVID-19 situation. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED.

06.20.2018

May 18, 2020