**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 26, 2020

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, NY 10007

**RE:** **United States v. Ruvioldy Cruz**
**20 Cr. 196 (JMF)**

Dear Judge Furman:

I write - with no objection from the government and no objection from pretrial services - to respectfully request that the Court temporarily modify Mr. Cruz's bail conditions to permit him to travel to Butler, New Jersey tomorrow, Saturday, June 27, 2020, and return to New York City on the same day. On January 9, 2020, the Honorable Judge Debra Freeman imposed the following bail conditions, *inter alia*: A $50,000 personal recognizance bond co-signed by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of travel documents and no new applications; home incarceration with electronic monitoring, and strict pretrial supervision. Mr. Cruz has been fully compliant with all of the conditions of release.

Mr. Cruz's uncle's grave site is located at Mt. Rest Cemetery in Butler, New Jersey, and Mr. Cruz would like the opportunity to visit the grave site with his family this weekend. With the Court's permission, Mr. Cruz would depart from New York tomorrow, Saturday, June 27, 2020 and return home the same day, with his schedule for that day to be set by Pretrial Services. Assistant U.S. Attorney Mitzi Steiner and Pretrial Services Officer John Moscato do not object to Mr. Cruz's request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Mark Gombiner
Mark Gombiner, Esq.
Assistant Federal Defender
(212) 417-8718

Application GRANTED. The Clerk of Court is directed to terminate Doc. #13.

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

cc:   AUSA Mitzi Steiner (by ECF)