

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Unless and until the Court orders otherwise, the parties shall appear for a change-of-plea hearing on August 19, 2020, at 2:30 p.m. The Court excludes time under the Speedy Trial Act between today and August 19, 2020, finding that the interests in excluding that time outweigh the interests of the Defendant and the public in a speedy trial given the need for the Defendant to confer with counsel with respect to whether and how to change his plea in view of the COVID-19 situation and the inability to safely convene in person at this time. The Clerk of Court is directed to terminate ECF No. 16.  SO ORDERED.
>
> July 9, 2020

Re:   *United States v. Cruz*, 20 Cr. 196 (JMF)

Dear Judge Furman:

      The Government submits this letter jointly on behalf of the parties in response to the Court's July 6, 2020 Order directing the parties to indicate their views as to whether the upcoming conference in the above-captioned case is necessary or if it should be adjourned.  As indicated in the parties' joint letter filed May 18, 2020, the parties do not believe that a further status conference will be required in this matter.  The defendant, who is not currently detained, is prepared to enter a plea of guilty.  However, the defendant wishes to do so in person and does not consent to appear by video or telephone conference.  The parties request that an in-person plea be scheduled at the earliest practicable time, in light of the ongoing COVID-19 pandemic.  Accordingly, the parties request that the Court set a control date for the plea in mid-August.  The Government requests, with the consent of defense counsel, that time be excluded until that time in light of the COVID-19 pandemic and to allow the parties to prepare for a pre-trial disposition in this case.

      Very truly yours,

      AUDREY STRAUSS
      Acting United States Attorney

by: _____
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

CC:   Mark Gombiner, Counsel for Ruvioldy Cruz
       Federal Defenders of New York

06.20.2018