

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Cruz*, 20 Cr. 196 (JMF)

Dear Judge Furman:

    The Government submits this letter jointly on behalf of the parties in response to the Court's September 1, 2020 Order directing the parties to indicate their views as to whether the upcoming change-of-plea proceeding, currently scheduled for September 16, 2020, should be held or be adjourned and, if the proceeding were to be held, whether it should be conducted in person or remotely. The defendant does not consent to proceed with the hearing by video or telephone conference, and the parties therefore request that the Court schedule an in-person plea proceeding. The parties also request a short adjournment of the plea proceeding to the week of September 21, 2020. The parties are available to proceed with an in-person plea proceeding any day of the week of September 21, 2020, with the exception of September 25, 2020, or at the earliest practicable time thereafter.

Application GRANTED. The change-of plea is hereby ADJOURNED to September 24, 2020, at 10:30 a.m. and will be held in person. The Court will issue a follow-up order once the date and time is confirmed. The Clerk of Court is directed to terminate Doc. #24. SO ORDERED.

September 4, 2020

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

CC:    Mark Gombiner, Counsel for Ruvioldy Cruz
       Federal Defenders of New York

06.20.2018