

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**   *United States v. Cruz*, 20 Cr. 196 (JMF)

Dear Judge Furman:

     The Government submits this letter jointly on behalf of the parties in response to the Court's December 21, 2020 Order directing the parties to indicate their views as to whether the upcoming sentencing, currently scheduled for January 5, 2021, should be held or be adjourned and, if the proceeding were to be held, whether it should be conducted in person or remotely. The defendant does not consent to proceed with sentencing by video or telephone conference. The parties therefore request that the Court adjourn the matter for thirty days to permit an in-person sentencing.

                      Very truly yours,

                      AUDREY STRAUSS
                      Acting United States Attorney

by: _____

                      Mitzi S. Steiner
                      Assistant United States Attorney
                      (212) 637-2284

CC:   Mark Gombiner, Counsel for Ruviokdy Cruz
       Federal Defenders of New York

Application GRANTED. The sentencing is ADJOURNED to **February 8, 2021**, at **2:30 p.m.**
The Clerk of Court is directed to terminate ECF No. 32.

        SO ORDERED.

                               06.20.2018

                   December 23, 2020